**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

B13110101

IN RE:

|  |  |
|---|---|
| ] | Case Number 09-42957 |
| ] | CH 13 |
| Henry Smith;  ] | Judge Janet S. Baer |
| Laura Smith;  ] |  |

**RESPONSE TO NOTICE OF FINAL CURE**

Now comes JPMorgan Chase Bank, National Association by and through its attorney of the law firm of Freedman Anselmo Lindberg LLC and files a statement of mortgage default amount.

Account ending in last four digits of XXXXXX9493, the first lien on the property, is delinquent and due for 7/1/2012, and the pre-petition arrearage has been paid in full.

JPMorgan Chase Bank, National Association

/s/Nisha Parikh
One of its Attorneys

FREEDMAN ANSELMO LINDBERG LLC
1807 W. Diehl Rd., Ste 333
Naperville, IL  60566-7228
630-983-0770     866-402-8661
630-428-4620 (fax)
Attorney No.   Cook 26122, DuPage 42005, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

<u>Certificate of Service:</u>

     I hereby certify that a true and accurate copy of the attached pleading was deposited in the United States mail, first class, postage prepaid, on November 25, 2013 addressing the following:

TO:    Henry Smith, 381 Providence Drive, Matteson, IL 60443
         Laura Smith, 381 Providence Drive, Matteson, IL 60443
         Elizabeth Placek, 20 S. Clark 28th Floor, Chicago, IL 60603
         Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603

                                               <u>/s/ Marissa Post</u>